UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JAL EXPORTS,

                *Plaintiff*,

-against-

RJ VINTAGE LLC and Charles Azrak,

                *Defendants*.

-----------------------------------------------------------------x

Civil Case No. 1:24-cv-1059-PAE

DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

I, **Eleni Melekou**, declare:

1. I am an associate with PARDALIS & NOHAVICKA, LLP, attorneys for JAL EXPORTS ("Plaintiff" or "JAL"), a foreign company formed and existing under the laws of the Republic of India, Plaintiff in the above-entitled action; as such, I am familiar with all the facts and circumstances in this action.

2. This action commenced on February 13, 2024, against Defendants RJ Vintage LLC and Charles Azrack alleging claims for Breach of Contract, Account Stated, Conversion, and Unjust Enrichment. *See,* Doc No. 1.

3. On February 23, 2024, Plaintiff served the Summons and Complaint on Defendant RJ Vintage LLC by delivering to and leaving with an authorized agent in the Office of the Secretary of State, of the State of New York, two copies of the Summons and Complaint pursuant to Section § 303 of New York Limited Liability Company Law.

4. On March 4, 2024, Plaintiff filed an Affidavit of Service of the Summons and Complaint with this Court. *See,* Doc. No. 11, Exhibit 1.

1

5. Defendant RJ Vintage LLC has not answered or otherwise moved with respect to the Complaint. The time for Defendant RJ Vintage LLC to answer has expired and Defendant RJ Vintage LLC has not requested an extension.

6. Upon information and belief, and as it appears from the facts of this litigation, Defendant RJ Vintage LLC is a New York domestic limited liability company, with its principal place of business located at address: 35 West 35th Street, Room 400, New York, NY, 10001. Accordingly, RJ Vintage LLC is not an infant, or mentally incompetent person, or a person presently in the military service of the United States.

7. Plaintiff seeks damages for Defendant RJ Vintage LLC'S repeated failures to make payment due and owing to Plaintiff for goods Plaintiff manufactured, sold, exported from India, shipped to Defendants in New York. Defendants, without Plaintiff's authorization, agreement or consent, took possession of the goods stored with and held by a third-party warehouse, and continuing to be titled to Plaintiff, without making any payment to Plaintiff whatsoever.

8. Plaintiff requests a judgment to be entered against Defendant RJ Vintage LLC for all monetary actual, compensatory and consequential damages, on all counts, sustained and to be sustained by Plaintiff as a consequence of Defendant RJ Vintage LLC's unlawful conduct, including full payment of at least $114,872.40, and all available damages in an amount to be determined at an inquest, together with all exemplary and punitive damages to which Plaintiff is entitled under common law; pre-judgement and post-judgment interest according to law; Plaintiff's reasonable attorney's fees, costs, and disbursements incurred in connection with this action, and such further relief as the case may require and the Court may deem just and proper; and such other and further relief, favorable to the Plaintiff, that the Court deems just.

9. Jurisdiction of the subject matter of this action is based on 28 U.S.C. § 1332(a)(1) as there is diversity between the parties and this matter involves a controversy in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs, including the price of the order of. Diversity is complete as the Defendants are residents of the State of New York and the Plaintiff is a resident of the Republic of India.

**WHEREFORE,** Plaintiff JAL EXPORTS requests that the default of Defendant RJ Vintage LLC be noted. And a certificate of default be issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: March 19, 2024
      New York, New York

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

**By:** /s/ *Eleni Melekou*
    Eleni Melekou, Esq.
    *Attorneys for Plaintiff*