UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAL EXPORTS,

                                    Plaintiff,

                -v-

RJ VINTAGE LLC & CHARLES AZRAK,

                                  Defendants.

24 Civ. 1059 (PAE)

ORDER OF DEFAULT JUDGMENT

---

PAUL A. ENGELMAYER, District Judge:

      On February 13, 2024, plaintiff JAL Exports filed the complaint in the case, alleging breach of contract. Dkt. 1. On March 4, 2024, plaintiff filed an affidavit of service as to defendant RJ Vintage LLC ("RJ Vintage"). Dkt. 11. Defendant Azrak has appeared and responded to the Complaint; RJ Vintage has not. After RJ Vintage failed to appear, respond, or otherwise take any action in this case, JAL Export filed a proposed Clerk's Certificate of Default on March 20, 2024. Dkt. 15. Having satisfied all requirements for the issuance thereof, JAL Export obtained a Clerk's Certificate of Default as to RJ Vintage that same day. Dkt. 18.

      Pursuant to this Court's Individual Rules and Practices, on April 17, 2024, JAL Exports filed a motion for default judgment, a supporting memorandum of law and declaration, and a proposed default judgment order. Dkts. 24–29. On July 24, 2024, the Court issued an order to show cause ordering RJ Vintage to appear and oppose the motion for default judgment by August 14, 2024. Dkt. 36. On August 2, 2024, the Court granted plaintiff's extension, making August 21, 2024, the deadline for RJ Vintage to appear and oppose the motion for default judgment. Dkt. 38. On August 6, 2024, JAL Exports served RJ Vintage plaintiff's motion for default judgment and supporting documents and the Court's order to show cause. Dkt. 39. The

defendant has not since filed an appearance or any opposition to plaintiff's motion for default judgment.

The Court has reviewed plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkts. 24–25, and plaintiff's supporting declarations, Dkts. 26–27. Because proof of service has been filed, the defendant has not answered the complaint, the time for answering the complaint has expired, and the defendant failed to appear to contest entry of a default judgment, the Court enters default judgment for plaintiff against defendant RJ Vintage.

The Court, by separate order, will commission an inquest into damages. The Clerk of the Court is respectfully directed to terminate the motion pending at Docket 24.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 22, 2024
       New York, New York