UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAL EXPORTS,

                            Plaintiffs,                24 Civ. No. 1059 (PAE) (GS)

      -against-                          **PRE-SETTLEMENT
CONFERENCE ORDER**

RJ VINTAGE LLC, *et al*,

                            Defendants.
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Thursday, September 12, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference.  The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 554 664 118#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
               September 4, 2024

                                                         _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge